# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PAUL LEWIS,

    Petitioner,

v.

MICHAEL OBENLAND,

    Respondent.

Case No. C19-095-JCC-MLP

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on Petitioner's motion for an extension of time to file a response to Respondent's answer to Petitioner's federal habeas petition. Respondent has not opposed the requested extension. The Court, having considered Petitioner's motion, and the balance of the record, hereby ORDERS as follows:

    (1) Petitioner's unopposed motion for an extension of time (dkt. # 19) is GRANTED. The Court received Petitioner's response to Respondent's answer on August 16, 2019, and that brief has been accepted for filing. (*See* Dkt. # 21.)

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

(2) Respondent's answer (dkt. # 17) is RE-NOTED on the Court's calendar for consideration on *August 30, 2019*. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John C. Coughenour.

DATED this 20th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 2