UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL LEWIS,

                Petitioner,

v.

MICHAEL OBENLAND,

                Respondent.

Case No. C19-095-JCC-MLP

ORDER DENYING PETITIONER'S MOTION TO STRIKE

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on Petitioner's motion to strike Respondent's reply brief filed in support of his answer to Petitioner's federal habeas petition. (Dkt. # 26.) Petitioner asserts that Respondent was required to get prior approval from the Court before filing a reply brief and, because he failed to do so, the brief should be stricken. (*Id.*) Petitioner overlooks the fact that the Court expressly authorized the filing of a reply brief in both its Order directing service of Petitioner's federal habeas petition on Respondent (*see* dkt. # 13, ¶ 3), and its more recent Order granting Petitioner's motion for extension of time (*see* dkt. # 22, ¶ 2). Petitioner's motion to strike is therefore without merit.

ORDER DENYING PETITIONER'S
MOTION TO STRIKE - 1

Accordingly, the Court ORDERS as follows:

(1) Petitioner's motion to strike (dkt. # 26) is DENIED.

(2) The Clerk shall send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John C. Coughenour.

DATED this 19th day of September, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge