UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL LEWIS,<br><br>        Petitioner,<br>  v.<br><br>MICHAEL OBENLAND,<br><br>        Respondent. | CASE NO. C19-0095-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion for an extension of time (Dkt. No. 29) to file objections to the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 28). The Court hereby GRANTS the motion and ORDERS that Petitioner must file his objections to the report and recommendation by January 3, 2020. The Clerk is ORDERED to re-note the report and recommendation (Dkt. No. 29) for consideration on January 3, 2020.

DATED this 26th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
